UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **BEE CREEK PHOTOGRAPHY,** *Plaintiff* | § § § § § § § § | |
| **v.** | | Case No. 1:23-CV-01247-DII |
| **FRONKS LLC,** *Defendant* | | |

### ORDER

Plaintiff Bee Creek Photography filed this action against Defendant Fronks LLC on October 17, 2023. (Dkt. 1). On November 13, 2023, the District Court issued a Text Order granting the parties' Agreed Motion for Extension of Time to Answer which extended Defendant's Answer deadline to December 13, 2023. Defendant did not file a timely Answer or otherwise respond.

When a party fails to timely plead or defend, it may be held in default. FED. R. CIV. P. 55(a). If a defendant is in default, the Court may require the plaintiff to move for entry of default and default judgment. W.D. Tex. Loc. R. CV-55. Accordingly, **IT IS ORDERED** that Plaintiff either (a) move for entry of default against Defendant or (b) file a status report on or before **January 22, 2024**.

**SIGNED** on January 10, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1